# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

August 3, 2022

Taxed in Favor of: **Appellee City of Chicago**

| No. 21-2784 | DAVID STIEGLITZ,<br>                Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO,<br>                Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-00076<br>Northern District of Illinois, Eastern Division<br>District Judge Steven Charles Seeger ||

The mandate or agency closing letter issued in this cause on August 3, 2022.

BILL OF COSTS issued in the amount of: $88.50.

|   |   | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | $88.50 |
|    |                                              | TOTAL: | $88.50 |

form name: **c7_BillOfCosts**     (form ID: **140**)